UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

SEP 28 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASMINKA RAMIC,

    Defendant.

**WAIVER OF INDICTMENT**

CASE NUMBER: SI 4:15 CR 00049 CDP DDN

    I, <u>Jasminka Ramic</u>, the above named defendant, who is accused of conspiracy to provide material support to terrorists and providing material support to a designated foreign terrorist organization in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on September 28, 2015 prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
*Defendant*

_____ 39462 MO
*Counsel for Defendant*

Before _____
        *Judicial Officer*