FILED
SEP 28 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**Courtroom Minute Sheet**
**ARRAIGNMENT/PLEA/CHANGE OF PLEA**
**WAIVER OF INDICTMENT/PLEA PROCEEDINGS**

Date __9-28-2015__  Case No. __4:15CR49 CDP__
UNITED STATES OF AMERICA vs. __Jasminka Ramic__
Judge __Perry__  Court Reporter __G. Madden__
Deputy Clerk __M Berg__  Interpreter _____
Assistant United States Attorney(s) __Matthew Drake, Howard Marcus__
Attorney(s) for Defendant __J. Christian Goeke__

**Arraignment/Waiver of Indictment/Plea:**
[X] Defendant sworn. Defendant's age __43__ Education _____
[ ] Defendant waives assistance of counsel [ ] Waiver filed
[X] Defendant signs waiver of indictment and consents to proceed by information
[X] Criminal [ ] superseding [X] information [ ] indictment filed
[ ] Defendant waives reading of indictment/information [X] Defendant arraigned
[X] Defendant enters a plea of [X] GUILTY [ ] NOT GUILTY
   to counts __1__ of the [ ] superseding [ ] indictment [X] information
[ ] Pretrial Motions Order [ ] issued [ ] to issue

**Change of Plea:**
[X] The Court finds the defendant competent to enter a plea of guilty.
[ ] By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) _____ of the [ ] superseding [ ] information [ ] indictment
[X] Guilty Plea Agreement filed [ ] Guilty Plea Agreement filed under seal
[ ] Ordered that count(s) _____ be held in abeyance until sentencing
[ ] Ordered that pending motions as to defendant _____ are denied as moot
[X] Sentencing set __1-5-16__ at __2:00 pm__
[X] OBJECTIONS TO OR ACCEPTANCE OF PSR DUE __12-15-15__
[X] Defendant is remanded to custody [ ] Defendant is released on existing bond

Probation Officer __T. Sullivan__

Proceedings commenced __1:40 pm__ concluded at __2:20 pm__