UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:15 CR 49 CDP-6 |
| JASMINKA RAMIC, | ) ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the **sentencing** in this matter is set for **Tuesday, January 5, 2016 at 2:00 p.m.** in Courtroom 14-South. All Objections to the presentence report must be filed no later than **December 15, 2015.** If testimony is expected counsel must notify the court at least one week before sentencing.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda no later than **December 29, 2015** except that a response to a sentencing memorandum may be filed no later than **December 31, 2015.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of September, 2015.