UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15 CR 49 CDP / DDN |
| ) | |
| RAMIZ ZIJAD HODZIC, *et al.,* ) | |
| ) | |
| Defendants. ) | |

### ORDER SETTING HEARING ON DEPOSITION MOTION

**IT IS HEREBY ORDERED** that the joint motion of the defendants to take foreign depositions (Doc. 448) is set for **Tuesday, September 25, 2018 at 10:00 a.m.**

　　　　　　　　　　　　　　　　　　　　/s/ David D. Noce　　
　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Signed on September 10, 2018.