UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15 CR 00049 CDP DDN |
| | ) | |
| RAMIZ ZIJAD HODZIC, | ) | |
| a/k/a Siki Ramiz Hodzic, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF INTENT
TO REQUEST JUDICIAL REMOVAL**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Matthew T. Drake, Howard J. Marcus, and Kenneth R. Tihen, Assistant United States Attorneys for said District, and Joshua D. Champagne, Trial Attorney for the United States Department of Justice, National Security Division, Counterterrorism Section, and hereby provides this notice to Ramiz Z. Hodic ("defendant") and to his attorneys of record, Kevin Curran and Diane Assistant Federal Public Defenders, confirming that, consistent with his agreement with the United States, upon conviction of the defendant for violation of 18 U.S.C. § 2339A, the United States shall request the Court issue

1

a judicial order of removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

                    Respectfully submitted,

                    JEFFREY B. JENSEN
                    United States Attorney

*/s Matthew T. Drake*
Matthew T. Drake – 46499MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

## **CERTIFICATE OF SERVICE**

      I Matthew T. Drake do hereby certify that a copy of the foregoing was delivered to all parties via the Court's electronic filing system on this 5th day of April, 2019.

                Respectfully submitted,

                JEFFREY B. JENSEN
                United States Attorney

                */s Matthew T. Drake*
                Matthew T. Drake – 46499MO
                Assistant United States Attorney
                111 South 10th Street, Room 20.333
                St. Louis, Missouri 63102
                (314) 539-2200